BENJAMIN B. WAGNER
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DENNA CHAMBERS,<br>　aka DENNA RICE AND<br>STARSHEKA MIXON<br><br>　　　　　　　Defendants. | CASE NO.  2:16-CR-0010 MCE<br><br>STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DENNA RICE AND STARSHEKA MIXON |

**STIPULATION**

WHEREAS, the discovery in this case contains a large amount of tax returns and taxpayer return and personal identifiable information (PII) including but not limited to Social Security numbers, dates of birth, bank account numbers, telephone numbers and residential addresses ("Protected Information"); and

WHEREAS, redaction of Protected Information is not possible because the Protected Information is relevant to the case; and

WHEREAS, disclosure of confidential tax return and taxpayer return information is governed by Title 26 United States Code, Section 6103(a), which mandates that return and return information will be confidential except as authorized by Section 6103, which permits disclosure to the defense of such tax return and taxpayer return information in accord with Rule 16 of the Federal Rules of

Stipulation and [Proposed] Protective
Order 2:16-CR-0010 MCE

1

Criminal Procedure, 26 U.S.C. § 6103(h)(4)(D), but restricts further disclosure of this tax return and tax return information by defendants or their attorneys; and

WHEREAS the parties want to avoid the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter, Plaintiff United States of America, by and through its counsel of record, and defendants DENNA RICE and STARSHEKA MIXON, by and through their counsels of record, hereby stipulate as follows:

1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure and its general supervisory authority.

2. This Stipulation and Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the Discovery").

3. Defense counsel shall not disclose any of the Discovery to any person other than his or her attorneys, law clerks, paralegals, secretaries, experts, and investigators involved in the representation of his or her respective defendant in connection to this criminal case.  Defense Counsel may permit the defendant or witnesses that he/she is interviewing or preparing for trial to view unredacted documents in the presence of defense counsel, defense investigators and support staff.  The parties agree that Defense Counsel, defense investigators and support staff shall not allow the defendant or any witness to copy or otherwise retain Protected Information, including tax returns and taxpayer return information, contained in the Discovery.

4. The Discovery and information therein may only be used in connection with the litigation of this case and for no other purpose.  The Discovery is now and will forever remain the property of the United States Government.  Thirty days after any judgment is entered in this case, defense counsel will return to the Government the Discovery or will certify that the Discovery has been destroyed.  In the event that a 2255 motion is filed following conviction that is not dismissed, the Government will return the Discovery to defense counsel for review.

5. In the event that the defendant obtains substitute counsel, undersigned defense counsel agrees to return all Discovery provided under this order to Government counsel, or certify that all Discovery has been destroyed, in order that the Government may arrange for substituted counsel to sign the order and for the reissuance of the Discovery to new counsel.

6. Defense counsel will store the Discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7. If defense counsel makes, or causes to be made, any further copies of any of the Discovery, defense counsel will inscribe the following notation on each copy or incorporate onto electronic files (efiles): "U.S. Government Property; May Not Be Disseminated Without U.S. Government Permission."

8. If defense counsel releases custody of any of the Discovery, or authorized copies thereof, to any person described in paragraph three, defense counsel shall provide such recipients with copies of this Order and advise that person that the Discovery is the property of the United States Government, that the Discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the Discovery may constitute a violation of law and/or contempt of court.  Defense counsel must specifically advise that any Discovery disclosed under paragraph three may not be further reproduced or distributed and must be treated in the same manner as the original material.

9. Defense counsel shall maintain a list of any and all persons to whom the Discovery is disclosed and shall advise such persons that their viewing of the Discovery will be so memorialized.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK**

Stipulation and [Proposed] Protective Order 2:16-CR-0010 MCE

3

10. Defense counsel shall be responsible for advising his or her respective defendant, employees and other members of the defense team, and defense witnesses of the contents of this Stipulation/Order.

IT IS SO STIPULATED.

DATED:   January 25. 2016

/s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney

DATED:   January 25, 2016

/s/ Matthew Bockman
MATTHEW BOCKMAN
Counsel for Defendant DENNA RICE

DATED:   January 25, 2016

/s/ Candace A. Fry
CANDACE A. FRY
Counsel for Defendant STARSHEKA MIXON

**O R D E R**

IT IS SO FOUND AND ORDERED this 26th day of January, 2016.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Protective
Order 2:16-CR-0010 MCE

4