HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DENNA R. CHAMBERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-010 MCE |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY SPECIAL CONDITION OF RELEASE |
| v. | |
| DENNA R. CHAMBERS, | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Denna R. Chambers, through their respective attorneys, that the release conditions imposed on Ms. Chambers on January 21, 2016 (Dkt. 12), may be modified to add:

**17.    You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.**

Pretrial Services Officer, Taifa Gaskins, is in agreement with this joint request to the modification.

All other conditions shall remain in force.

| | | |
|---|---|---|
| 1 | DATED: February 18, 2016 | HEATHER E. WILLIAMS |
| 2 | | Federal Defender |
| 3 | | |
| 4 | | */s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON |
| 5 | | Assistant Federal Defender<br>Attorney for DENNA R. CHAMBERS |
| 6 | | |
| 7 | DATED: February 18, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| 8 | | |
| 9 | | */s/ Shelley D. Weger* |
| 10 | | SHELLEY D. WEGER<br>Assistant U.S. Attorney |
| 11 | | |
| 12 | | */s/ Jill Thomas*<br>JILL THOMAS |
| 13 | | Assistant U.S. Attorney |

Stipulation to Modify Special Condition of Release        -2-

# **O R D E R**

The following release condition is modified:

**17.   You shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.**

All other conditions shall remain in force.

DATED: February 18, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE