1   CANDACE A. FRY
    CA Bar No. 68910
2   2401 Capitol Avenue
    Sacramento, CA  95816
3   Telephone:  916.446.9322
    FAX:  916.446.0770
4   E mail:  c.fry@att.net
5
6   Attorney for STARSHEKA MIXON,
    Defendant
7
8               IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,        No. 2:16-CR-0010-MCE
12              Plaintiff,
13      v.                           **STIPULATION REGARDING EXCLUDABLE**
                                     **TIME PERIODS UNDER SPEEDY TRIAL**
14  DENNA CHAMBERS, aka DENNA        **ACT; ORDER**
    RICE,  and STARSHEKA MIXON,
15
16              Defendants.
17
18      It is hereby stipulated and agreed by and between the parties hereto, through

19  their respective counsel, as follows:

20      1.  By previous order, this matter was set for status on March 31, 2016.

21      2.  By this stipulation, defendants now move to continue the status conference

22          until June 2, 2016, and to exclude time between March 31, 2016, and June 2,

23          2016, under Local Code T4.

24      3.  The parties agree and stipulate and request that the Court find the following:

25          a.  Counsel for defendants require additional time to review document

26              discovery disseminated by the Government consisting of more than 25,000

27              pages, to examine possible defenses, to investigate the facts of the case

28              and to conduct other defense preparation.  Counsel for defendants believe

                                    1

that failure to grant the above-requested continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

b.  The Government does not object to the continuance.

c.  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

d.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. Section 3161, et seq., within which trial must commence, the time period of March 31, 2016, to June 2, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C. Section 3161(h)(7)(A), B(iv) (Local Code T4) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

2

///

4.      Nothing in this stipulation and order shall preclude a finding that other

provisions of the Speedy Trial Act dictate that additional time periods are

excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 28, 2016                          /s/   Candace A. Fry
                                                CANDACE A. FRY, Attorney for
                                                STARSHEKA MIXON, Defendant


Dated:  March 28, 2016                          HEATHER E. WILLIAMS,
                                                Federal Defender

                                                By    /s/  Candace A. Fry for
                                                MATTHEW C. BOCKMON
                                                Assistant Federal Defender
                                                Attorney for DENNA CHAMBERS,
                                                Defendant

Dated:  March 28, 2016                          BENJAMIN B. WAGNER,
                                                United States Attorney


                                                By    /s/  Candace A. Fry for
                                                SHELLEY D. WEGER
                                                 Assistant United States Attorney

                                                (Signed for Mr. Bockmon and Ms. Weger
                                                with their prior authorization)


                                **ORDER**

        IT IS SO ORDERED.
 Dated:  April 4, 2016



                        _____
                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                        UNITED STATES DISTRICT COURT

3