HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
DENNA CHAMBERS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:16-cr-010 MCE |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| vs. | ) ) | |
| DENNA CHAMBERS and STARSHEKA MIXON, | ) ) ) | Date:  June 2, 2016 Time:  10:00 a.m. |
| Defendants. | ) ) | Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Shelley Weger, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney for Denna Chambers, and Candace Fry, attorney for Starsheka Mixon, that the status conference scheduled for June 2, 2016 be vacated and continued to July 7, 2016 at 10:00 a.m.

The Government has produced over 25,000 pages of documents and made electronic devices and other physical evidence available for review.  Defense counsel for both Ms. Chambers and Ms. Mixon require additional time to review the discovery, to conduct additional investigation and legal research, and to confer with their respective clients about how to proceed in this case.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded as of May 18, 2016, the date of the parties' stipulation, through and including July 7,

Stipulation to Continue                                     -1-

2016; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time for defense counsel to prepare] and General Order 479, Local Code T4 based upon defense counsel's preparation.

| | |
|---|---|
| DATED: May 18, 2016 | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| | */s/ Matthew C. Bockmon*<br>MATTHEW C. BOCKMON<br>Assistant Federal Defender<br>Attorney for DENNA CHAMBERS |
| DATED: May 18, 2016 | */s/ Candace Fry*<br>CANDACE FRY<br>Attorney for STARSHEKA MIXON |
| DATED: May 18, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| | */s/ Shelley Weger*<br>SHELLEY WEGER<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, hereby adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders the time from May 18, 2016, the date of the parties stipulation, up to and including July 7, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4) [defense counsel's preparation]. It is further ordered the June 2, 2016 status conference shall be continued until July 7, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 19, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE