

1  BENJAMIN B. WAGNER
   United States Attorney
2  SHELLEY D. WEGER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:16-CR-0010 MCE

12                    Plaintiff,
                                           STIPULATION AND [PROPOSED]
13         v.                              PROTECTIVE ORDER BETWEEN
                                           THE UNITED STATES AND
14  DENNA CHAMBERS,                        STARSHEKA MIXON
     aka DENNA RICE AND
15  STARSHEKA MIXON

16                    Defendants.

17

18                          **STIPULATION**

19         WHEREAS, the discovery in this case contains a large amount of tax returns and taxpayer

20  return and personal identifiable information (PII) including but not limited to Social Security

21  numbers, dates of birth, bank account numbers, telephone numbers and residential addresses

22  ("Protected Information"); and

23         WHEREAS, redaction of Protected Information is not possible because the Protected

24  Information is relevant to the case; and

25         WHEREAS, disclosure of confidential tax return and taxpayer return information is governed

26  by Title 26 United States Code, Section 6103(a), which mandates that return and return information

27  will be confidential except as authorized by Section 6103, which permits disclosure to the defense of

28  such tax return and taxpayer return information in accord with Rule 16 of the Federal Rules of

                                          1
   Stipulation and [Proposed] Protective
   Order 2:16-CR-0010 MCE

1  Criminal Procedure, 26 U.S.C. § 6103(h)(4)(D), but restricts further disclosure of this tax return and

2  tax return information by defendants or their attorneys; and

3  WHEREAS the parties want to avoid the unauthorized disclosure or dissemination of this

4  information to anyone not a party to the court proceedings in this matter; and

5  WHEREAS this Court entered a protective order on January 26, 2016, which requires

6  substituted defense counsel to sign the protective order prior to obtaining the discovery; and

7  WHEREAS defendant STARSHEKA MIXON filed a motion to substitute counsel Kelly

8  Babineau for Candace Fry, on June 15, 2016, Plaintiff United States of America, by and through its

9  counsel of record, and defendant STARSHEKA MIXON, by and through her newly appointed

10  counsel of record, hereby stipulate as follows:

11  1. This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of

12  Criminal Procedure and its general supervisory authority.

13  2. This Stipulation and Order pertains to all discovery provided to or made available to

14  Defense Counsel as part of discovery in this case (hereafter, collectively known as "the Discovery").

15  3. Defense counsel shall not disclose any of the Discovery to any person other than his or

16  her attorneys, law clerks, paralegals, secretaries, experts, and investigators involved in the

17  representation of his or her respective defendant in connection to this criminal case. Defense

18  Counsel may permit the defendant or witnesses that he/she is interviewing or preparing for trial to

19  view unredacted documents in the presence of defense counsel, defense investigators and support

20  staff. The parties agree that Defense Counsel, defense investigators and support staff shall not allow

21  the defendant or any witness to copy or otherwise retain Protected Information, including tax returns

22  and taxpayer return information, contained in the Discovery.

23  4. The Discovery and information therein may only be used in connection with the litigation

24  of this case and for no other purpose. The Discovery is now and will forever remain the property of

25  the United States Government. Thirty days after any judgment is entered in this case, defense

26  counsel will return to the Government the Discovery or will certify that the Discovery has been

27  destroyed. In the event that a 2255 motion is filed following conviction that is not dismissed, the

28  Government will return the Discovery to defense counsel for review.

Stipulation and [Proposed] Protective
Order 2:16-CR-0010 MCE

2

5. In the event that the defendant obtains substitute counsel, undersigned defense counsel agrees to return all Discovery provided under this order to Government counsel, or certify that all Discovery has been destroyed, in order that the Government may arrange for substituted counsel to sign the order and for the reissuance of the Discovery to new counsel.

6. Defense counsel will store the Discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

7. If defense counsel makes, or causes to be made, any further copies of any of the Discovery, defense counsel will inscribe the following notation on each copy or incorporate onto electronic files (efiles): "U.S. Government Property; May Not Be Disseminated Without U.S. Government Permission."

8. If defense counsel releases custody of any of the Discovery, or authorized copies thereof, to any person described in paragraph three, defense counsel shall provide such recipients with copies of this Order and advise that person that the Discovery is the property of the United States Government, that the Discovery and information therein may only be used in connection with the litigation of this case and for no other purpose, and that an unauthorized use of the Discovery may constitute a violation of law and/or contempt of court. Defense counsel must specifically advise that any Discovery disclosed under paragraph three may not be further reproduced or distributed and must be treated in the same manner as the original material.

9. Defense counsel shall maintain a list of any and all persons to whom the Discovery is disclosed and shall advise such persons that their viewing of the Discovery will be so memorialized.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK**

Stipulation and [Proposed] Protective
Order 2:16-CR-0010 MCE

3

1    10. Defense counsel shall be responsible for advising his or her respective defendant,

2  employees and other members of the defense team, and defense witnesses of the contents of this

3  Stipulation/Order.

4    IT IS SO STIPULATED.

5

6  DATED:    June 21, 2016

7    /s/ Shelley D. Weger
   SHELLEY D. WEGER
   Assistant United States Attorney

8  DATED:    June 21, 2016

9

10    /s/ Kelly Babineau
    KELLY BABINEAU
    Counsel for Defendant STARSHEKA MIXON

11

12

13

14    **[PROPOSED] O R D E R**

15    IT IS SO FOUND AND ORDERED this 21st day of June, 2016.

16

17    EDMUND F. BRENNAN
    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

   Stipulation and [Proposed] Protective
   Order 2:16-CR-0010 MCE