1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MATTHEW C. BOCKMON, #161566
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    DENNA CHAMBERS

6

7

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )   Case No. 2:16-cr-010 MCE
                                        )
11                        Plaintiff,    )   AMENDED WAIVER OF PERSONAL
                                        )   APPEARANCE; ORDER
12          v.                          )
                                        )   Judge:   Hon. Morrison C. England, Jr.
13   DENNA CHAMBERS, et al.             )
                                        )
14                        Defendants.   )
                                        )

15

16

17          Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant , DENNA

18   CHAMBERS, hereby waives the right to be present in person in open court upon the hearing of

19   any motion or other proceeding in this case, including, but not limited to, when the case is set for

20   trial, when a continuance is ordered, and when any other action is taken by the court before or

21   after trial, specifically, appearances for any hearing regarding modification of conditions of

22   supervised release, except upon arraignment, plea empanelment of jury and imposition of

23   sentence.

24          Defendant hereby requests the Court to proceed during every absence which the Court

25   may permit to this waiver; agrees that defendant's interests will be deemed represented at all

26   times by the presence of the defendant's attorney, the same as if the defendant were personally

27   present; and further agrees to be present in court ready for trial any day and hour the Court may

28   fix the defendant's absence.

Waiver of Appearance                    -1-

The defendant further acknowledges being informed of the rights under Title 18 U.S.C. §§ 3161-3174 (Speedy Trial Act), and authorizes the defendant's attorney to set times and dates under that Act without the defendant's personal presence.

The original signed copy of this waiver is being preserved by the attorney undersigned.

Dated:          June 9, 2016

_____/s/ Deena Chambers_____
DENNA CHAMBERS
Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated:  June _21, 2016

_____/s/ Matthew C. Bockmon_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
DENNA CHAMBERS

IT IS SO ORDERED.

Dated:  June 28, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE