PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:16-CR-010 MCE |
| Plaintiff, | STIPULATION AND AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| DENNA CHAMBERS AND STARSHEKA MIXON, | DATE: July 7, 2016 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on July 7, 2016.

2.      By this stipulation, defendants now move to continue the status conference until August 4, 2016, and to exclude time between July 7, 2016, and August 4, 2016, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has produced over 25,000 pages of discovery associated with this case, including tax returns, bank and credit card statements, investigative reports, and other documents.  The government has also made electronic devices and physical evidence available for review.

        b)      Kelly Babineau, counsel for defendant Starsheka Mixon, was added as counsel of record on June 22, 2016.  Accordingly, counsel for defendant Starsheka Mixon needs time to review the discovery related to this case, conduct her investigation, and discuss potential

resolutions with her client.  Counsel for Denna Chambers also needs additional time to review the discovery, continue his investigation and discuss potential resolutions with is client.  In addition, both defense counsel will be on leave and unavailable on July 7, 2016.

c)    Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)    The government does not object to the continuance.

e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 7, 2016 to August 4, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///
///
///
///
///

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4         IT IS SO STIPULATED.

5

6  Dated:  July 1, 2016                    PHILLIP A. TALBERT
                                          Acting United States Attorney
7

8                                         /s/ SHELLEY D. WEGER
                                          SHELLEY D. WEGER
9                                         Assistant United States Attorney

10

11  Dated:  July 1, 2016                  /s/ Kelly Babineau
                                          KELLY BABINEAU
12                                        Counsel for Defendant
                                          Starsheka Mixon
13

14  Dated:  July 1, 2016                  /s/ Matthew Bockmon
                                          MATTHEW BOCKMON
15                                        Counsel for Defendant
                                          Denna Chambers
16

17

18                          **ORDER**

19         IT IS SO ORDERED.

20  Dated:  July 6, 2016

21

22                                        _____
                                          MORRISON C. ENGLAND, JR
23                                        UNITED STATES DISTRICT JUDGE

24

25

26

27

28