PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>DENNA CHAMBERS AND STARSHEKA MIXON,<br><br>                         Defendants. | CASE NO.  2:16-CR-010 MCE<br><br>STIPULATION AND FINDINGS AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: August 11, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.    By previous order, this matter was set for status on August 4, 2016, and on the Court's

own motion was reset for status on August 11, 2016.

2.    By this stipulation, defendants now move to continue the status conference until

September 29, 2016, and to exclude time between August 4, 2016, and September 29, 2016, under Local

Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    The government has produced over 25,000 pages of discovery associated with this

case, including tax returns, bank and credit card statements, investigative reports, and other

documents.  The government has also made electronic devices and physical evidence available

for review.

b)    Kelly Babineau, counsel for defendant Starsheka Mixon, was added as counsel of

1

record on June 22, 2016.  Ms. Babineau has started to review the discovery but has been in trial in state court and needs additional time to complete her review, conduct her investigation, and discuss potential resolutions with her client.  Matthew Bockmon, counsel for defendant Denna Chambers, also needs additional time to continue his investigation and discuss potential resolutions with is client.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 4, 2016, to September 29, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK**

1    4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6  Dated:  August 9, 2016                                      PHILLIP A. TALBERT
                                                               Acting United States Attorney
7

8                                                              /s/ SHELLEY D. WEGER
                                                               SHELLEY D. WEGER
9                                                              Assistant United States Attorney

10  Dated:  August 9, 2016                                     /s/ Kelly Babineau by Shelley D. Weger
                                                               KELLY BABINEAU
11                                                             Counsel for Defendant
                                                               Starsheka Mixon
12

13

14  Dated:  August 9, 2016                                     /s/ Matthew Bockmon by Shelley D. Weger
                                                               MATTHEW BOCKMON
15                                                             Counsel for Defendant
                                                               Denna Chambers
16

17

18                                        **ORDER**

19        IT IS SO ORDERED.

20  Dated:  August 10, 2016

21

22                                                             MORRISON C. ENGLAND, JR
                                                               UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28