PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DENNA CHAMBERS AND STARSHEKA MIXON,<br><br>                    Defendants. | CASE NO. 2:16-CR-010 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: September 29, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on September 29, 2016.

2. By this stipulation, defendants now move to continue the status conference until December 1, 2016, and to exclude time between September 29, 2016, and December 1, 2016, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced over 25,000 pages of discovery associated with this case, including tax returns, bank and credit card statements, investigative reports, and other documents. The government has also made electronic devices and physical evidence available for review.

   b) Kelly Babineau, counsel for defendant Starsheka Mixon, was added as counsel of

record on June 22, 2016.  Ms. Babineau has started to review the discovery, but needs additional time due to her trial schedule in state court.  Ms. Babineau represents that she has spent the last month in trial in the matter of *People v. Ramos*, Sacramento County Superior Court case number 13F05434.  She further represents that this trial is scheduled to run through October 21, 2016.  After she completes this trial, she will need additional time to complete her review of the discovery, conduct further investigation, and discuss potential resolutions with her client.  Matthew Bockmon, counsel for defendant Denna Chambers, also needs additional time to continue his investigation and discuss potential resolutions with is client.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 4, 2016, to December 1, 2016, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 26, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: September 26, 2016

/s/ Kelly Babineau by Shelley D. Weger
KELLY BABINEAU
Counsel for Defendant
Starsheka Mixon

Dated: September 26, 2016

/s/ Matthew Bockmon by Shelley D. Weger
MATTHEW BOCKMON
Counsel for Defendant
Denna Chambers

## ORDER

IT IS SO ORDERED.

Dated: September 27, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION RE: SPEEDY TRIAL ACT; ORDER          3