HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKIMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DENNA CHAMBERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DENNA CHAMBERS and STARSHEKA MIXON <br><br> Defendants. | Case No. 2:16-cr-010 MCE <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME; ORDER <br><br> Date: December 7, 2016 <br> Time: 10:00 a.m. <br> Judge: Hon. Morrison C. England, Jr. |

The parties agree that the status conference scheduled for December 7, 2016 is vacated and continued to December 15, 2016 at 10:00 a.m. Counsel for defendant, Chambers, needs additional time to consult with his client, review discovery and consider investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including December 15, 2016, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 23, 2016                    Respectfully submitted,

                                            HEATHER E. WILLIAMS
                                            Federal Defender

                                            /s/ Matthew C. Bockmon
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for DENNA CHAMBERS

| | | |
|---|---|---|
| 1 | DATED: November 23, 2016 | */s/ Kelly Babineau* |
| 2 | | KELLY BABINEAU |
| | | Attorney for STARSHEKA MIXON |
| 3 | | |
| 4 | DATED: November 23, 2016 | PHILLIP A. TALBERT |
| | | Acting United States Attorney |
| 5 | | |
| 6 | | */s/ Shelley D. Weger* |
| | | SHELLEY D. WEGER |
| 7 | | Assistant U.S. Attorney |
| | | Attorney for Plaintiff |

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, hereby adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. It further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendants in a speedy trial.

Time from November 23, 2016, the date of the parties stipulation, up to and including December 15, 2016, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4) [defense counsel's preparation]. It is further ordered the December 7, 2016 status conference shall be continued until December 15, 2016, at 10:00 a.m.

IT IS SO ORDERED.

Dated: November 29, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE