KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for STARSHEKA MIXON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>    v.<br><br>DEENA CHAMBERS, and<br>STARSHEKS MIXON<br>    Defendants. | No. 16-CR-0010 MCE<br><br>STIPULATION AND<br>ORDER<br>TO CONTINUE STATUS CONFERENCE<br>UNDER SPEEDY TRIAL ACT<br><br>Date: January 5, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England, Jr. |

STIPULATION

1. By previous order, this matter was set for status on December 15, 2016.

2. By this stipulation, defendants now move to continue the status conference until January 5, 2017, and to exclude time between December 15, 2016 and January 5, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government produced over 25,000 pages of discovery associated with this case, including tax returns, bank and credit card statements, investigative reports and other documents.  The government has also made

-1-

electronic and physical evidence available for review.

b. Kelly Babineau, counsel for defendant Starsheska Mixon, was added as counsel of record on June 22, 2016. Ms. Babineau has started her review of the discovery but needs additional time due to her trial schedule in state court. Ms. Babineau needs additional time to complete her review of the discovery, conduct further investigation and discuss potential resolutions with her client. Matthew Bockman, counsel for defendant Deena Chambers, also needs additional time to continue his investigation and discuss potential resolutions with his client.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 15, 2016, to January 5, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking

such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 8, 2016    Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Starsheka Mixon

Dated: December 8, 2016    /s/ Matthew Bockman by Kelly Babineau
MATTHEW BOCKMON
Attorney for Deena Chambers

Dated: December 8, 2016    /s/ Shelly D. Weger by Kelly Babineau
SHELLY D. WEGER
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  January 4, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE