KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for STARSHEKA MIXON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 16-CR-0010 MCE |
| Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| | ) UNDER SPEEDY TRIAL ACT |
| DEENA CHAMBERS, and | ) |
| STARSHEKA MIXON | ) Date: February 16, 2017 |
| Defendants. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Morrison C. England, Jr. |

STIPULATION

1. By previous order, this matter was set for status on January 5, 2017.

2. By this stipulation, defendants now move to continue the status conference until February 16, 2017, and to exclude time between January 5, 2017 and February 16, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government produced over 25,000 pages of discovery associated with this case, including tax returns, bank and credit card statements,

-1-

investigative reports and other documents. The government has also made electronic and physical evidence available for review.

b. Counsel for defendants need additional time to complete their review of the discovery, conduct further investigation and discuss potential resolutions with their clients.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 5, 2017, to February 16, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

4. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 3, 2017                         Respectfully submitted,

                                                /s/ Kelly Babineau
                                                KELLY BABINEAU
                                                Attorney for Starsheka Mixon

Dated: January 3, 2017                          /s/ Matthew Bockman
                                                MATTHEW BOCKMON
                                                Attorney for Deena Chambers

Dated: January 3, 2017                          /s/ Shelley D. Weger
                                                SHELLEY D. WEGER
                                                Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  January 4, 2017

                                                _____
                                                MORRISON C. ENGLAND, JR
                                                UNITED STATES DISTRICT JUDGE