KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for STARSHEKA MIXON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DEENA CHAMBERS, and<br>STARSHEKS MIXON<br>　　　　　　Defendants. | ) No. 16-CR-0010 MCE<br>)<br>) STIPULATION AND<br>) ORDER<br>) TO CONTINUE STATUS CONFERENCE<br>) UNDER SPEEDY TRIAL ACT<br>)<br>) Date: February 16, 2017<br>) Time: 9:00 a.m.<br>) Judge: Hon. Morrison C. England, Jr. |

STIPULATION

1. By previous order, this matter was set for status on February 16, 2017.

2. By this stipulation, defendants now move to continue the status conference until March 30, 2017, and to exclude time between February 16, 2017 and March 30, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　　a. The government produced over 25,000 pages of discovery associated with this case, including tax returns, bank and credit card statements, investigative reports and other documents.  The government has also made

-1-

electronic and physical evidence available for review.

b. Counsel for defendants need additional time to complete their review of the discovery, conduct further investigation and discuss potential resolutions with their clients.  As the discovery is rather voluminous and contains numerous records that require time to organize and review so that they may be discussed in a coherent and logical manner.  Ms. Babineau, counsel for Ms. Mixon, has had to travel to the bay area to see her client to review the discovery, as Ms. Mixon has transportation issues.  As there is a protective order in place, the discovery must be reviewed with the client with defense counsel or someone from the defense team.  This has taken a little longer than anticipated.

c. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d. The government does not object to the continuance.

e. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 16, 2017, to March 30, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it

results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK

4. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 14, 2017              Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Starsheka Mixon

Dated: February 14, 2017              /s/ Matthew Bockman
MATTHEW BOCKMON
Attorney for Deena Chambers

Dated: February 14, 2017              /s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  February 16, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE