PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DENNA CHAMBERS AND<br>STARSHEKA MIXON,<br><br>            Defendants. | CASE NO. 2:16-CR-00010 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: May 11, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on May 11, 2017.

2. By this stipulation, defendants now move to continue the status conference until July 6, 2017, and to exclude time between May 11, 2017, and July 6, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced over 25,000 pages of discovery associated with this case, including tax returns, bank and credit card statements, investigative reports, and other documents. The government has also made electronic devices and physical evidence available for review.

    b) Counsel for Defendant Denna Chambers had an unexpected medical surgery on May 5, 2017. Consequently, counsel for defendant Chambers will be on extended medical leave

and therefore, the United States Federal Defender's Office will need to assign substitute counsel during his absence. Accordingly, additional time is needed for the United States Federal Defender's Office to assign a substitute assistant federal defender to handle this matter, and for that substitute counsel to review the evidence, and to meet and consult with defendant Chambers.

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 11, 2017, to July 6, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 8, 2017          PHILLIP A. TALBERT
                            United States Attorney


                            /s/ Shelley D. Weger
                            SHELLEY D. WEGER
                            Assistant United States Attorney


Dated: May 8, 2017          /s/ Kelly Babineau
                            KELLY BABINEAU
                            Counsel for Defendant
                            Starsheka Mixon


Dated: May 8, 2017          /s/ Linda C. Allison for Matthew Bockmon
                            MATTHEW BOCKMON
                            Counsel for Defendant
                            Denna Chambers


## ORDER

IT IS SO ORDERED.

Dated: May 9, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE