HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKIMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DENNA CHAMBERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-010 MCE |
|---|---|
| Plaintiff, | ) NOTICE OF EXCLUSION OF TIME; ORDER |
| v. | ) |
| DENNA CHAMBERS and STARSHEKA MIXON | ) |
| Defendants. | ) |

On the Court's own motion of June 23, 2017, the status conference scheduled for July 6, 2017 is vacated and continued to July 13, 2017 at 10:00 a.m.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including July 13, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 23, 2017                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Matthew C. Bockmon*
                                        MATTHEW C. BOCKMON
                                        Assistant Federal Defender
                                        Attorney for DENNA CHAMBERS

| | | |
|---|---|---|
| DATED: June 23, 2017 | | */s/ Kelly Babineau* <br> KELLY BABINEAU <br> Attorney for STARSHEKA MIXON |
| DATED: June 23, 2017 | | PHILLIP A. TALBERT <br> United States Attorney <br><br> */s/ Shelley D. Weger* <br> SHELLEY D. WEGER <br> Assistant U.S. Attorney <br> Attorney for Plaintiff |

## ORDER

Pursuant to the parties' stipulation, time from the date of that stipulation, up to and including July 13, 2017, is hereby excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), 18 U.S.C. §3161(7)(A) and Local Code T4. The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated: June 29, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE