PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>DENNA CHAMBERS AND<br>STARSHEKA MIXON,<br><br>                Defendants. | CASE NO. 2:16-CR-00010 MCE<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: July 6, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on July 6, 2017.  By the Court's own motion, the status conference was continued July 13, 2017.

2.      By this stipulation, defendants now move to continue the status conference until September 14, 2017, and to exclude time between July 6, 2017, and September 14, 2017, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has produced over 25,000 pages of discovery associated with this case, including tax returns, bank and credit card statements, investigative reports, and other documents.  The government has also made electronic devices and physical evidence available for review.

b)      Counsel for Defendant Denna Chambers had an unexpected medical surgery on May 5, 2017, and as of June 26, 2017, is still out on medical leave and is not expected to return to work until sometime in August 2017.  Since the last continuance, Defendant Chambers requested that Assistant Federal Defender Matthew Bockmon continue to represent her in this matter and therefore, the requested continuance is necessary for continuity of counsel.  In addition, given the voluminous and complex nature of the discovery in this case permitting Assistant Federal Defender Matthew Bockmon to continue to represent Defendant Chambers rather than assigning a substitute Assistant Federal Defender is the most expeditious way to proceed.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 11, 2017, to September 14, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK**

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 28, 2017                         PHILLIP A. TALBERT
                                              United States Attorney


                                              /s/ Shelley D. Weger
                                              SHELLEY D. WEGER
                                              Assistant United States Attorney

Dated:  June 28, 2017                          /s/ Kelly Babineau
                                               KELLY BABINEAU
                                               Counsel for Defendant
                                               Starsheka Mixon


Dated:  June 28, 2017                          /s/ Linda C. Allison for Matthew Bockmon
                                               MATTHEW BOCKMON
                                               Counsel for Defendant
                                               Denna Chambers



**ORDER**

IT IS SO ORDERED.

Dated:  June 29, 2017

                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE