PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DENNA CHAMBERS AND STARSHEKA MIXON, <br><br> Defendants. | CASE NO. 2:16-CR-00010 MCE <br><br> STIPULATION AND FINDINGS AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT <br><br> DATE: September 14, 2017 <br> TIME: 9:00 a.m. <br> COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.  By previous order, this matter was set for status on September 14, 2017.

2.  By this stipulation, defendants now move to continue the status conference until October 19, 2017, and to exclude time between September 14, 2017, and October 19, 2017, under Local Code T4.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has produced over 25,000 pages of discovery associated with this case, including tax returns, bank and credit card statements, investigative reports, and other documents. The government has also made electronic devices and physical evidence available for review.

    b)  Counsel for Defendant Denna Chambers was out for several months on extended

STIPULATION RE: SPEEDY TRIAL ACT; ORDER         1

medical leave and did not return to full time work until September 5, 2017. Since his return, counsel for defendant Chambers has been working diligently to get caught up on his caseload and needs additional time to complete any final investigation and review of the discovery, and to meet with his client to discuss the discovery and potential resolutions.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 14, 2017, to October 19, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK**

4.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 12, 2017          PHILLIP A. TALBERT
                                    United States Attorney


                                    /s/ Shelley D. Weger
                                    SHELLEY D. WEGER
                                    Assistant United States Attorney


Dated:  September 12, 2017           /s/ Kelly Babineau
                                      KELLY BABINEAU
                                      Counsel for Defendant
                                      Starsheka Mixon


Dated:  September 12, 2017          /s/ Matthew Bockmon
                                    MATTHEW BOCKMON
                                    Counsel for Defendant
                                    Denna Chambers


**ORDER**

IT IS SO ORDERED.

Dated: September 14, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE