PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNA CHAMBERS AND<br>STARSHEKA MIXON,<br><br>Defendants. | CASE NO. 2:16-CR-00010 MCE<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT<br><br>DATE: October 19, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1. By previous order, this matter was set for status on October 19, 2017.

2. By this stipulation, defendants now move to continue the status conference until December 14, 2017, and to exclude time between October 19, 2017, and December 14, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced over 25,000 pages of discovery associated with this case, including tax returns, bank and credit card statements, investigative reports, and other documents. The government has also made electronic devices and physical evidence available for review.

   b) Defense counsels require additional time to discuss potential resolutions with their

respective clients, including time to review the evidence and discuss any special offense characteristics that may apply and possible factual bases in support of a resolution. Specifically, defense counsels require additional time to review the discovery with their respective clients due to its volume and because the discovery, which contains personally identifiable and other protected information, is protected by a protective order that prohibits defense counsel from leaving the discovery with their respective clients.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 19, 2017, to December 14, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 17, 2017
PHILLIP A. TALBERT
United States Attorney

/s/ Shelley D. Weger
SHELLEY D. WEGER
Assistant United States Attorney

Dated: October 17, 2017
/s/ Kelly Babineau
KELLY BABINEAU
Counsel for Defendant
Starsheka Mixon

Dated: October 17, 2017
/s/ Matthew Bockmon
MATTHEW BOCKMON
Counsel for Defendant
Denna Chambers

# ORDER

IT IS SO ORDERED.

Dated: October 17, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE