PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:16-CR-00010 MCE |
|---|---|
| Plaintiff, | STIPULATION AND FINDINGS AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| DENNA CHAMBERS AND STARSHEKA MIXON, | DATE: December 14, 2017<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on December 14, 2017.

2. By this stipulation, defendants now move to continue the status conference until January 25, 2018, and to exclude time between December 14, 2017, and January 25, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has produced over 25,000 pages of discovery associated with this case, including tax returns, bank and credit card statements, investigative reports, and other documents. The government has also made electronic devices and physical evidence available for review.

    b) Defense counsels require additional time to determine whether this case is triable, and to conduct additional research related to the charges, further review of the voluminous

STIPULATION RE: SPEEDY TRIAL ACT; ORDER      1

discovery, and any additional investigation and witness interviews that may be necessary in preparation for any trial. In addition, defense counsel needs additional time to consult with their respective clients to further discuss the law and evidence.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 14, 2017, to January 25, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 12, 2017          PHILLIP A. TALBERT
                                   United States Attorney


                                   /s/ Shelley D. Weger
                                   SHELLEY D. WEGER
                                   Assistant United States Attorney


Dated:  December 12, 2017          /s/ Kelly Babineau
                                   KELLY BABINEAU
                                   Counsel for Defendant
                                   Starsheka Mixon


Dated:  December 12, 2017          /s/ Matthew Bockmon
                                   MATTHEW BOCKMON
                                   Counsel for Defendant
                                   Denna Chambers


## ORDER

IT IS SO ORDERED.

Dated: January 3, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE