| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | DENNA CHAMBERS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:16-cr-010 MCE |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE; SET FOR CHANGE OF PLEA |
| v. | ) AND TO EXCLUDE TIME; ORDER |
| DENNA CHAMBERS, | ) Date: January 25, 2018 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England, Jr. |
| | ) |

By previous order, this matter was set for status on January 25, 2018.

By this stipulation, defendant, Denna Chambers, now moves to vacate the status conference and set the matter for change of plea on February 8, 2018 at 10:00 a.m., and to exclude time between January 25, 2018 and February 8, 2018 under local code T4.

The reasons for the continuance is that defense requires additional time in advance of the change of plea to investigate the facts, conduct further legal research and to consult with the expert whom defense counsel has hired.

Counsel for defendant Chambers believes that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The government does not object to the continuance.

Based upon the foregoing, time under the Speedy Trial Act should be excluded from January 25, 2018, through and including February 8, 2018, pursuant to 18 U.S.C. §3161

Stipulation to Continue Status Conference -1-

(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 because it results from a continuance granted by the Court at defendant's request for continuity of counsel and defense preparation, on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

DATED: January 23, 2018      Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for DENNA CHAMBERS

DATED: January 23, 2018      MCGREGOR W. SCOTT
United States Attorney

*/s/ Shelley D. Weger*
SHELLEY D. WEGER
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendants in a speedy trial.

Time from January 25, 2018, up to and including February 8, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4) [defense counsel's preparation]. It is further ordered the January 25, 2018 status conference shall be vacated and a change of plea set for February 8, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 24, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE