HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
DENNA CHAMBERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-cr-010 MCE |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE CHANGE OF PLEA AND TO EXCLUDE TIME; ORDER |
| | ) | |
| v. | ) | |
| | ) | Date: February 8, 2018 |
| DENNA CHAMBERS, | ) | Time: 10:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| Defendant. | ) | |
| | ) | |

By previous order, this matter was set for change of plea on February 8, 2018.

By this stipulation, defendant, Denna Chambers, now moves to vacate the February 8, 2018 hearing date and set the matter for change of plea on February 15, 2018 at 10:00 a.m., and to exclude time between February 8, 2018 and February 15, 2018 under local code T4.

The reasons for the continuance is that defense counsel requires additional time in advance of the change of plea to consult with his client, investigate the facts, conduct further legal research and to consult with the expert whom defense counsel has hired.

Counsel for defendant Chambers believes that the failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The government does not object to the continuance.

Based upon the foregoing, time under the Speedy Trial Act should be excluded from February 8, 2018, through and including February 15, 2018, pursuant to 18 U.S.C. §3161

1   (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4

2   because it results from a continuance granted by the Court at defendant's request for continuity

3   of counsel and defense preparation, on the basis of the Court's finding that the ends of justice

4   served by taking such action outweigh the best interest of the public and the defendant in a

5   speedy trial.

6   IT IS SO STIPULATED.

7   DATED: February 6, 2018        Respectfully submitted,

8

9            HEATHER E. WILLIAMS
           Federal Defender

10            */s/ Matthew C. Bockmon*

11            MATTHEW C. BOCKMON
           Assistant Federal Defender

12            Attorney for DENNA CHAMBERS

13   DATED: February 6, 2018        MCGREGOR W. SCOTT
           United States Attorney

14

15            */s/ Shelley D. Weger*
           SHELLEY D. WEGER

16            Assistant United States Attorney
           Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom,  hereby adopts the parties' stipulation in its entirety as its order.  It specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the defendants in a speedy trial.

Time from February 8, 2018, up to and including February 15, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4) [defense counsel's preparation]. It is further ordered the February 8, 2018 status conference shall be vacated and a change of plea set for February 15, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  February 8, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE